HARVEY HOFFMAN ET AL. *v.* INLAND WETLANDS
COMMISSION OF THE TOWN OF AVON

The plaintiffs' petition for certification for appeal from the Appellate Court, 28 Conn. App. 262, is denied.

*Helene Sfikas Myers* and *Roger Eisenstein,* in support of the petition.

*Michael A. Zizka,* in opposition.

Decided September 17, 1992

STATE OF CONNECTICUT *v.* MARY EPHRAIM
STATE OF CONNECTICUT *v.* GARDENIA EPHRAIM

The defendants' petition for certification for appeal from the Appellate Court, 28 Conn. App. 306, is denied.

*Brian M. O'Connell,* special public defender, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided September 17, 1992

STATE OF CONNECTICUT *v.* FRANKIE ESTRADA

The state of Connecticut's petition for certification for appeal from the Appellate Court, 28 Conn. App. 416, is denied.

*Frederick W. Fawcett,* assistant state's attorney, in support of the petition.

*James J. Ruane,* in opposition.

Decided September 17, 1992